# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROBERT L. MOORE, JR.　　　　　　　　　　　　　　　　PLAINTIFF
ADC #140226

v.　　　　　　　　No. 5:16-cv-269-DPM

CONNIE COOK, Visitation Clerk;
WILLIAM STRAUGHN, Warden;
CHRIS BUDNICK, Deputy Warden; &
VERNON ROBINSON, Building Major,
all with the Cummins Unit, ADC　　　　　　　　　　DEFENDANTS

## ORDER

Opposed motion, № 42, granted. Moore's objections are due by 14 December 2017.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

30 November 2017