IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT L. MOORE, JR.,
ADC # 140226                                                          PLAINTIFF

v.                            No. 5:16-cv-269-DPM

CONNIE COOK, Visitation Clerk,
Cummins Unit, ADC; WILLIAM
STRAUGHN, Warden, Cummins Unit,
ADC; CHRIS BUDNIK, Deputy Warden,
Cummins Unit, ADC; and VERNON
ROBINSON, Building Major,
Cummins Unit, ADC                                                   DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation, № 41, and overrules Moore's objections, № 45. FED. R. CIV. P. 72(b)(3). Moore didn't properly exhaust his administrative remedies; and "special circumstances" can't excuse his failure to exhaust. *Ross v. Blake*, 136 S. Ct. 1850, 1862 (2016). Motion for summary judgment, № 34, granted. Moore's remaining claims will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 December 2017