IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT L. MOORE, JR.,
ADC # 140226                                                                                    PLAINTIFF

v.                              No. 5:16-cv-269-DPM

CONNIE COOK, Visitation Clerk,
Cummins Unit, ADC; WILLIAM
STRAUGHN, Warden, Cummins Unit,
ADC; CHRIS BUDNIK, Deputy Warden,
Cummins Unit, ADC; and VERNON
ROBINSON, Building Major,
Cummins Unit, ADC                                                                           DEFENDANTS

## JUDGMENT

1. Moore's official-capacity claims for money damages are dismissed with prejudice.

2. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 December 2017